

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
3   JOANN M. SWANSON (CABN 88143)
    Assistant United States Attorney
    Chief, Criminal Division
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, CA  94102
        Tel.: (415) 436-6855
6       Fax: (415) 436-6748
        email: joann.swanson@usdoj.gov
7
    Attorneys for the United States of America
8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
13  IN RE: REQUEST FOR INTERNATIONAL ) CV 09 MISC. NO. 80 245 MISC VRW
    ASSISTANCE FROM THE NATIONAL     )
14  LABOR COURT NO. 63 OF BUENOS     )
    AIRES, ARGENTINA; MATTER OF      ) [PROPOSED] ORDER
15  GORALI, DIEGO CARLOS v. YAHOO! DE)
    ARGENTINA SRL, ET AL.            )
16  _____)

17      Upon application of the United States, and upon review of the application for order

18  pursuant to Title 28, U.S.C. § 1782, the memorandum in support thereof, and the letter rogatory

19  from Argentina seeking evidence for use in a judicial proceeding in Argentina, the Court having

20  fully considered this matter,

21      IT IS HEREBY ORDERED that, pursuant to the authority conferred by 28 U.S.C. § 1782

22  and this Court's inherent authority, Assistant United States Attorney Joann M. Swanson is hereby

23  appointed as a Commissioner of this Court and is directed to execute the letter rogatory as

24  follows:

25      1.  take such steps as are necessary, including issuance of commissioner's subpoenas

26  ORDER

1 to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a tribunal in Argentina which procedures may be specified in the request or provided by the requesting court or authority or by a representative of Argentina;

4. seek such further orders of this Court as may be necessary to execute this request; and

5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Argentina.

DATED: 9/14/2009

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

ORDER                                    2